IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10CR405 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER UGOCHUKWU, | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **UNDER SEAL** |
| Defendant. | | |

Now comes the United States of America, by and through the undersigned counsel, and hereby respectfully moves this Court for an Order permitting the United States to file under seal its Response in Opposition to Defendant's Motion for Compassionate Release (R. 1015: Motion for Compassionate Release, PageID 7911-20) and the exhibit attached thereto.  The United States asks to file its response and exhibit under seal because the response and the exhibit discuss in detail sensitive information.  Accordingly, the United States hereby requests that this Court permit the United States to file its Response to Defendant's Motion for Compassionate Release and exhibit under seal.

    Respectfully submitted,

    MICHELLE M. BAEPPLER
    First Assistant United States Attorney

By:   /s/ Christopher J. Joyce
    Christopher J. Joyce (OH: 0086576)
    Assistant United States Attorney
    Federal Building
    2 South Main Street, Room 208
    Akron, OH 44308
    (330) 761-0521
    (330) 375-5492 (facsimile)
    Christopher.Joyce@usdoj.gov